Rhonda H. Wills
Appearance Pro Hac Vice
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 570
Houston, Texas  77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047
rwills@rwillslawfirm.com

George P. Moschopoulos
The Law Office of
George Moschopoulos, APC
34197 Pacific Coast Highway, Suite 100
Dana Point, California 92629
Telephone:  (714) 904-1669
Facsimile:  (949) 272-0428
georgem@logmapc.com

ATTORNEYS FOR PLAINTIFFS
AND THE PUTATIVE CLASSES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HENRY, ET AL., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. 15-CV-03895-PSG-PLA<br><br>Hon. Philip S. Gutierrez<br><br>**DECLARATION OF RHONDA H. WILLS IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL CLASS-WIDE ARBITRATION OF PLAINTIFFS' CLAIMS**<br><br>Date:   November 14, 2016<br>Time:  1:30 p.m.<br>Courtroom: 880 |

EXHIBIT A

# DECLARATION OF RHONDA H. WILLS

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the following is true and correct:

1. My name is Rhonda H. Wills. I am over the age of eighteen years, capable of making this declaration, and fully competent to testify to the matters stated here due to my position, experience, and personal knowledge. I have personal knowledge of the facts stated, and they are true.

2. I am lead counsel for Plaintiffs in the above-referenced matter.

3. I have conferred with Defendants' counsel in this action, Carrie A. Gonell, regarding Plaintiffs' intent to compel class-wide arbitration of Plaintiffs' claims.

4. Attached to Plaintiffs' Motion as **Exhibit 2** are true and correct copies of the offer letters and applicable Binding Arbitration Agreements for Plaintiffs Ron Henry, Clayton Guillory, Anita Marie Moore, Ryan Switzer, Luis Rodriguez, Joseph Sari, and Yuriy Kilgishov, which were produced by Defendants in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2016

By: /s/ Rhonda H. Wills
Rhonda H. Wills

DECLARATION OF RHONDA H. WILLS IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL CLASS-WIDE ARBITRATION OF PLAINTIFFS' CLAIMS
CASE NO. 15-CV-03895-PSG-PLA—PAGE 1