| | |
|---|---|
| Rhonda H. Wills | George P. Moschopoulos |
| Appearance Pro Hac Vice | The Law Office of |
| WILLS LAW FIRM, PLLC | George Moschopoulos, APC |
| 1776 Yorktown, Suite 570 | 34197 Pacific Coast Highway, |
| Houston, Texas  77056 | Suite 100 |
| Telephone: (713) 528-4455 | Dana Point, California 92629 |
| Facsimile: (713) 528-2047 | Telephone:  (714) 904-1669 |
| rwills@rwillslawfirm.com | Facsimile:  (949) 272-0428 |
| | georgem@logmapc.com |

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASSES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HENRY, ET AL., on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A.,<br><br>              Defendants. | Case No. 15-CV-03895-PSG-PLA<br><br>Hon. Philip S. Gutierrez<br><br>**DECLARATION OF RHONDA H. WILLS IN SUPPORT OF PLAINTIFF JOSE OMAR MARTINEZ'S EX PARTE APPLICATION FOR AN ORDER STRIKING DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION** |

## **DECLARATION OF RHONDA H. WILLS**

Pursuant to 28 U.S.C. § 1746, I state under penalty of perjury that the following is true and correct:

1. My name is Rhonda H. Wills. I am over the age of eighteen years, capable of making this declaration, and fully competent to testify to the matters stated here due to my position, experience, and personal knowledge. I have personal knowledge of the facts stated, and they are true.

2. I am counsel for Plaintiff Jose Omar Martinez in the above-referenced matter. I make this declaration in support of Plaintiff's *Ex Parte* Application for an Order Striking Defendants' Opposition to Plaintiff's Motion for Conditional Certification (Dkt. 98).

3. At 3:33 PM on Friday, September 16, 2016, my office contacted Defendants' counsel, notifying counsel for Defendants that we intended to file an *ex parte* application and identifying the substance of the proposed application. Defendants' counsel has indicated that Defendants are opposed to the filing of our *ex parte* application.

4. I checked the font size of Defendants' Opposition to Plaintiff's Motion for Conditional Certification. I printed Defendants' Opposition brief, making sure to set the "Page Scaling" option in Adobe Acrobat Pro to "none." I then measured

the length of the text on page one, line 24 of Defendants' brief. The text measures 15.7 cm long.

5.  I copied and pasted Defendants' brief into Microsoft Word and printed out the same text found on page one, line 24 of Defendants' brief with non-condensed 14-point Times New Roman font. The text measures 16.4 cm long.

6.  I then adjusted the same text in Microsoft Word, condensing the type face by 0.2 points, still using 14-point Times New Roman font. When the same text was condensed by 0.2 points, it again measured 15.7 cm long.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 19, 2016

> By: */s Rhonda H. Wills*
> Rhonda H. Wills