```
1  Rhonda H. Wills (SBN 323435)
2  rwills@rwillslawfirm.com
   Wills Law Firm PLLC
3  1776 Yorktown, Suite 570
4  Houston, TX 77056
   Telephone: (713) 528-4455
5  Facsimile: (713) 528-2047
6
7  George P. Moschopoulos (SBN 249905)
   georgem@logmapc.com
8  LAW OFFICE OF GEORGE MOSCHOPOULOS APC
   34197 Pacific Coast Highway, Suite 100
9  Dana Point, CA 92629
10 Telephone: (714) 904-1669
   Facsimile: (949) 272-0428
11
12 Attorneys for Plaintiffs
13
   (Attorneys for Defendants Listed on Following Page)
14
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON HENRY, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | Case No. 15-CV-03895-PSG-PLA<br><br>Hon. Philip S. Gutierrez<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

1  Carrie A. Gonell (SBN 257163)
2  carrie.gonell@morganlewis.com
   Alexander L. Grodan (SBN 261374)
3  alexander.grodan@morganlewis.com
4  MORGAN, LEWIS & BOCKIUS LLP
   600 Anton Boulevard, Suite 1800
5  Costa Mesa, CA 92626
6  Telephone: (714) 830-0600
   Facsimile: (714) 830-0700
7
8  Attorneys for Defendants

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The remaining Plaintiff in this action is JOSE OMAR MARTINEZ. Plaintiff is represented by Rhonda H. Wills of Wills Law Firm, PLLC and George Moschopoulos of The Law Office of George Moschopoulos APC. The Defendants in this action are JPMORGAN CHASE & CO. and JPMORGAN CHASE BANK, N.A. The Defendants are represented by Carrie A. Gonell and Alexander L. Grodan of Morgan, Lewis & Bockius LLP.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties listed above, acting through their respective counsel of record, hereby stipulate to dismiss the above-captioned case with prejudice. Each party agrees to bear its own costs, expenses, and attorneys' fees, and to waive all rights of appeal.

IT IS SO STIPULATED.

Dated:   April 19, 2019

WILLS LAW FIRM, PLLC
Rhonda Wills

By   /s/ Rhonda H. Wills
     Rhonda H. Wills
     Attorneys for Plaintiff
     JOSE OMAR MARTINEZ

Dated:   April 19, 2019

MORGAN, LEWIS & BOCKIUS LLP
Carrie A. Gonell
Alexander L. Grodan

By   /s/ Alexander L. Grodan
     Alexander L. Grodan
     Attorneys for Defendant
     JPMORGAN CHASE BANK, N.A.
     JPMORGAN CHASE & CO.

IT IS SO ORDERED.

Dated: April 19, 2019.

_____
UNITED STATES DISTRICT JUDGE